UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT OF ROBERT and JUDY WILLCOXSON, REGISTERED OWNERS of the 42-foot 1985 Chris Craft Catalina 425, Official No.: 935279, HIN: CCNCB 145J485, her engines, tackle, apparel, etc. in a cause of Exoneration From or Limitation of Liability. | Civil No. 06cv0987 J (CAB)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BY JOHN SANDERS AND CLAUDE AMERSON** |

WHEREFORE the Court, having been advised that Plaintiffs-in-Limitation Robert and Judy Wilcoxson have reached settlements with Claimant John Sanders and Claimant Claude Amerson, and

WHEREFORE Plaintiffs-in-Limitation together with Claimants John Sanders and Claude Amerson have jointly moved and stipulated to a dismissal of Mr. Sanders' and Mr. Amerson's claims in this action,

**IT IS ORDERED THAT**, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the claims of John Sanders and the claims of Claude Amerson, together with all of the

///

///

///

1   claims that could have been asserted by these Claimants with respect to the matters set forth in
2   their claims in this action, are hereby **dismissed with prejudice**; and it is further **ORDERED**
3   that each party shall bear their own costs and fees and that no interest shall accrue.

6   DATED: May 30, 2008

7   _____
    HON. NAPOLEON A. JONES, JR.
    United States District Judge

10  cc: Magistrate Judge Bencivengo
    All Counsel of Record